

leo@esca.legal  ●  917-397-1384 x 109

October 29, 2024

***Via Email and Hand Delivery (case sealed)***

Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street.
New York, NY 10007-1312

**RE:**  ***Overnight Blowout LLC, et. al. v. Does 1-28,* 1:24-cv-07926-PKC**

Dear Judge Castel

We are counsel to Plaintiffs in the above-referenced case. Pursuant to this Court's October 22, 2024 *Ex Parte* Order, Plaintiffs hereby file the enclosed Declaration of Service. As set forth therein, and pursuant to the *Ex Parte* Order, Plaintiffs served copies of the *Ex Parte* Order and Plaintiffs' moving papers in support thereto, along with the Complaint, exhibits, and civil cover sheet, on Defendants via the email addresses registered in connection with their Amazon Seller accounts.

Additionally, now that Defendants have been provided notice of this lawsuit, Plaintiffs respectfully request that this case be unsealed.

We thank the Court for its time and attention to this matter.

**The case is to be unsealed.
SO ORDERED.
Dated: 10/31/2024**

Respectfully,

Leo M. Lichtman
Partner

P. Kevin Castel
United States District Judge