UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Overnight Blowout LLC, et al.,            24 mc 474

          Plaintiff,

v.                                        ORDER

Does 1-28,

          Defendants.

---

CASTEL, United States District Judge.

       Please unseal miscellaneous case docket 24 MC 474 with the civil docket number: 24 Civ. 7926 (PKC).

       SO ORDERED.

                                            P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
           November 18, 2024