# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OVERNIGHT BLOWOUT LLC; and YESENIA HIPOLITO, <br><br> Plaintiff, <br><br> v. <br><br> XUCHANG YUNDUAN HAIR PRODUCTS CO., LTD. d/b/a YUNDUAN HAIR; SHENZHEN XINLIYUAN ELECTRONIC MATERIAL CO. LTD. d/b/a FLYLIPU; BEISKLL; KE QIAOZHEN d/b/a YOSHUYUKI; XIAMEN BOPUTE INTERNATIONAL TRADE CO., LTD. d/b/a NOAFOCKS US; SHENZHEN PENGZEYANG ELECTRONIC COMMERCE CO., LTD. d/b/a PENGZEYANG; SHENZHEN RONGZHANGJIA E-COMMERCE CO., LTD. d/b/a RONGZHANGJIA; LIANG YUE d/b/a TIGEROSE; SHENZHEN RUIYUE NETWORK TECHNOLOGY CO., LTD. d/b/a RUIYUE-US; SHENZHEN QINGYI TECHNOLOGY CO., LTD. d/b/a MUKOROLEE; SHANTOU TIANZHI TECHNOLOGY CO., LTD. d/b/a MCBKI SHOP; SICHUAN DONGHUIWAN TRADING CO., LTD. d/b/a LYKLASSE; SHENZHEN SIYIBAIQIAN E-COMMERCE BUSINESS, LTD. d/b/a ZOIRUYA a/k/a SIYIBAIQIAN; SHENZHEN MAIQUI ELECTRONIC COMMERCE CO., LTD. d/b/a AAIFFEY; JIUJIANG WANZHI TONGJIA TRADING CO., LTD. d/b/a DUNJOT; DONGGUAN TAIYU TECHNOLOGY CO., LTD. d/b/a EHBELIF-US; YONGKANG IRIS ENVIRONMENT PROTECTION EQUIPMENT CO., LTD. d/b/a IRIS SELECTED; SHENZHEN FANGHUI TRADING CO., LTD. d/b/a BRICOS; YUZHOU RUIMEISHANG | Case No. 1:24-cv-07926-PKC |

| |
|---|
| FAZHIPIN LTD. d/b/a RUIMEISHANG; HUAMEIBAIHODIAN; TOW WANG WANG; GUANGZHOU MUFAN ELECTRONIC COMMERCE CO., LTD. d/b/a FSAWDNN; HAOZHOU ZHENWEI TECHNOLOGY CO., LTD. d/b/a DAFENG-US; SHENZHEN SHENGJINKUN TECHNOLOGY CO., LTD. d/b/a LIOOGIOO; XUCHANG MEIDUO IMPORT AND EXPORT TRADE CO., LTD. d/b/a XRACEPHOL; KENANFADA; DATIANSOFU; HOTTOPS; CHICTIEHSM70; YIWU QINGHAO TRADING CO. d/b/a QINZHE; and YIWU QIYUE JEWELRY CO. d/b/a UNTIL YOU HAIR, |
| Defendants. |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a settlement reached between the parties herein, Plaintiffs Overnight Blowout LLC and Yesenia Hipolito hereby give notice that their claims in the above-captioned action against Ke Qiaozhen d/b/a YOSHUYUKI are voluntarily dismissed from this action.

Dated:   December 16, 2024

Respectfully submitted,

_/s/_____

Leo M. Lichtman
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, NY 10036
Tel.: (347) 745-2535
leo@esca.legal

_____
*Attorney for Plaintiffs Overnight Blowout LLC and Yesenia Hipolito*